UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   4:10CR00188 SWW |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1), (b)(1)(B), 846 |
| STRODY DONTIE WILSON | ) | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
MAY - 4 2011
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: C Norwood
DEPUTY CLERK

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT 1</u>

Beginning in or before January, 2009, and continuing to on or about October 5, 2010, in the Eastern District of Arkansas and elsewhere,

STRODY DONTIE WILSON

knowingly and intentionally conspired with other persons known and unknown to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, methamphetamine, and during the course of the conspiracy at least 50 grams, but less than 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, was involved, thereby violating Title 21, United States Code, sections 841(a)(1), (b)(1)(B), and 846.

CHRISTOPHER R. THYER
United States Attorney

/s/ Anne E. Gardner
UNITED STATES ATTORNEY /ASSISTANT
ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. 41461
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov