IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

V		CASE NO.: 4:10CR00188-013 SWW

STRODY DONTIE WILSON						DEFENDANT

## OBJECTIONS TO PRESENTENCE REPORT

COMES NOW the Defendant, Strody Dontie Wilson, through his attorney, Sara F. Merritt of SHERWOOD & MERRITT, PLLC and for his Objections to the Presentence Report states:

1. Mr. Wilson objects to the inclusion of an alternate social security number. He has never used such number and was at one time a victim of identity theft.

2. Paragraph 3: there was no chart or report attached

3. Paragraph 32: It is the understanding of the defendant and his counsel that the government has agreed to move for the third point for acceptance of responsibility, and will also have a motion for a reduction in sentence.

4. Paragraph 37: Mr. Wilson was actually sent to the Regional Punishment Facility through the Department of Community Corrections. He was later transferred from RPF to ADC. This is not reflected in the file. Additionally the defendant objects to the inclusion of disciplinary infractions received for two reasons. First, he did not receive them and would note that his father whose name is also Strodie Wilson has also been incarcerated and he believes that these infractions might be long to him. Second, the infractions listed do not constitute relevant conduct and should not be included in the report.

5. Paragraph 52: Mr. Wilson's tattoo's and scars are incorrectly listed. The word "Dontie" is tattoo'd on his left shoulder. The words " Team Trippin" and the Eagle are on his right leg.

          Respectfully Submitted,

          /s/ Sara F. Merritt, #89057
          Attorney at Defendant
          410 W. 26th Street, Suite 2
          North Little Rock, AR 72114
          501/812-5430
          E-mail: momarab@aol.com

## **CERTIFICATE OF SERVICE**

I, Sara F. Merritt, hereby certify that I have this 23rd day of June 2011, delivered to the below listed parties, by mail, a copy of the within pleading.

Anne Gardner
Asst. U.S. Attorney
425 W. Capitol Avenue
Little Rock, AR 72203

          /s/Sara F. Merritt